

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
June 19, 2018

SHELLEY D. KROHN, Trustee
E-mail: shelley@trusteekrohn.com
510 South 8th Street
Las Vegas, Nevada 89101
Telephone: (702) 421-2210
Facsimile: (702) 366-1939

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\*\*\*\*\*

In re:                                    ) CASE NO. BK-S-17-16306-BTB
                                          ) CHAPTER 7
NEAL ALAN SCHNOG                          )
                                          )
            Debtor.                       )
_____)

ORDER GRANTING
EX PARTE APPLICATION FOR AN ORDER PURSUANT TO §§327
and 328(a) AUTHORIZING THE EMPLOYMENT AND RETENTION OF SPECIAL
COUNSEL FOR CHAPTER 7 TRUSTEE NUNC PRO TUNC

Upon the ex parte application of Shelley D. Krohn, Trustee of the above-referenced bankruptcy estate to employ Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA ("Levin Papantonio") and Johnson & Vines ("Johnson") as Special Counsel for Shelley D. Krohn, Chapter 7 Trustee Nunc Pro Tunc in the above-referenced matter; it appearing to the Court that neither the attorneys, nor the firms, hold or represent an interest adverse to the Estate, that the

attorneys and the firms are disinterested parties within the meaning of §101(14) of the Bankruptcy Code and may represent the Estate under 11 U.S.C. §327, and that the employment of special counsel is necessary and in the best interests of the Estate and the creditors; and for good cause appearing, it is hereby:

**ORDERED** that pursuant to §327(e) and §328 of the Bankruptcy Code, the Trustee is authorized to employ Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA ("Levin Papantonio") and Johnson & Vines ("Johnson") as Special Counsel for Shelley D. Krohn, Chapter 7 Trustee Nunc Pro Tunc to the date of the initial bankruptcy filing by the Debtor; i.e. November 24, 2017, in accordance with the terms set forth in the Application and Declarations in support for this Order. The payment of all fees and costs are subject to further approval by this Court.

Respectfully submitted by:

_____
SHELLEY D. KROHN, TRUSTEE

Approved/Disapproved:

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
    Jared A. Day, Esq.

(See attached)

###

2

attorneys and the firms are disinterested parties within the meaning of §101(14) of the Bankruptcy Code and may represent the Estate under 11 U.S.C. §327, and that the employment of special counsel is necessary and in the best interests of the Estate and the creditors; and for good cause appearing, it is hereby:

**ORDERED** that pursuant to §327(e) and §328 of the Bankruptcy Code, the Trustee is authorized to employ Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, PA ("Levin Papantonio") and Johnson & Vines ("Johnson") as Special Counsel for Shelley D. Krohn, Chapter 7 Trustee Nunc Pro Tunc to the date of the initial bankruptcy filing by the Debtor; i.e. November 24, 2017, in accordance with the terms set forth in the Application and Declarations in support for this Order. The payment of all fees and costs are subject to further approval by this Court.

Respectfully submitted by:

*See attached*

_____
**SHELLEY D. KROHN, TRUSTEE**

Approved:

OFFICE OF THE UNITED STATES TRUSTEE


By: _/s/ Jared A. Day_____
    Jared A. Day, Esq.

###

2